Prob 12 (10/09)
VAE (rev. 5/17)



FILED

OCT - 1 2018

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Caylon S. Blocker</u>                    Docket No. <u>2:17MJ00578-001</u>

### Petition on Probation

COMES NOW <u>Teresa R. Simms</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Caylon S. Blocker</u>, who was placed on supervision by the Honorable Douglas E. Miller, United States Magistrate Judge sitting in the Court at <u>Norfolk</u>, Virginia, on the <u>4</u><sup>th</sup> day of <u>April</u>, <u>2018</u>, who fixed the period of supervision at <u>six (6) months</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant is to perform 50 hours of community service per Probation.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this __1__ day of __Oct__, 20__18__ and ordered filed and made a part of the records in the above case.

_____/s/_____
Douglas E. Miller
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: __9/26/18__

_____
Teresa R. Simms
U.S. Probation Officer

Place <u>Newport News, Virginia</u>

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: BLOCKER, Caylon S.

OFFENSE: Possess and Consume Alcohol Under Age 21, Class A Misdemeanor.

SENTENCE: Six months probation, $250.00 fine, and $25.00 special assessment.

ADJUSTMENT TO SUPERVISION:

Blocker's probation commenced April 4, 2018. Immediately after his court appearance, his Conditions of Supervision were reviewed with understanding, and he was provided with a copy of the document. A urine screen was collected, which tested negative for the use of illicit substances. Blocker's initial supervision interview was conducted on April 11, 2018, at which time his Conditions of Supervision were again fully explained and signed with understanding, and he was provided with a copy of the document. Regarding his special condition, Blocker was directed to perform 50 hours of community service work.

Blocker's adjustment to supervision has been satisfactory with the exception of his failure to complete his community service work. His fine and special assessment were paid in full on April 12, 2018. Blocker has submitted all Monthly Supervision Reports with the exception of his report for July 2018. He is enlisted in the U.S. Navy and resides aboard the ship. The probation officer notes that due to underways, Blocker did not have adequate time to complete his community service work. As such, the probation officer discussed a waiver extending his probation to allow for the completion of the community service work. Blocker was to report to the U.S. Probation Office on September 11, 2018, to sign the waiver; however, his ship went out to sea due to Hurricane Florence. On September 20, 2018, Blocker sent an email advising he was back in port until November. On the following day, the probation officer responded to the email directing him to report to the probation office on September 24, 2018. He failed to report. In the event Blocker completes his community service work hours prior to the probation violation hearing, the probation officer recommends that the Petition on Probation be dismissed.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:**      **FAILURE TO PERFORM COMMUNITY SERVICE AS DIRECTED BY THE PROBATION OFFICER.**

As a special condition of probation, Blocker was directed to perform 50 hours of community service work. During an office visit on May 24, 2018, Blocker advised he would be performing his work at Habitat for Humanity, and he was provided the necessary paperwork to verify his hours. On August 6, 2018, an email was forwarded to Blocker directing him to report to the probation office on August 13, 2018. He failed to report. He left a voicemail message on August 17, 2018, advising he had been on an underway for the last four and one-half weeks. He later called the probation officer on August 17, 2018, and stated he was returning from the underway later on that date but would immediately be going back out to return on August 30, 2018. He advised he had completed approximately 20 hours of community service work. During this conversation, the probation officer explained that a waiver was needed to extend his term of probation to allow him to complete the special condition. Blocker agreed to the modification and was directed to report to the probation office on September 11, 2018. As aforementioned, his ship needed to leave port due to Hurricane Florence. An email was received from Blocker on September 20, 2018, advising he was back in port. On September 21, 2018, the probation officer forwarded him an email directing him to report to the probation office on September 21, 2018. The aforementioned waiver was to be signed during this appointment. Blocker failed to report. To date, no verification of completed community service hours has been submitted.

TRS/cak


TO CLERK'S OFFICE